# COURT OF APPEALS
## FOR THE
# THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
(512) 463-1733

Date:           August 18, 2015

Case Number:    03-14-00240-CR
Trial Court No.: CR-12-1083

Style:          Brenda Elaine King v. The State of Texas

RECEIVED

AUG 2 6 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

---

You are hereby notified that appellant's motion to withdraw as counsel with annexed brief in support was granted on the date noted above. Also, the enclosed opinion and judgment were sent this date to the following persons:

> Please note: In criminal cases, the attorney representing the defendant on appeal shall, within five days after the opinion is handed down, send his client a copy of the opinion and judgment, along with notification of the defendant's right to file a *pro se* petition for discretionary review under Rule 68. This notification shall be sent certified mail, return receipt requested, to the defendant at his last known address. The attorney shall also send the court of appeals a letter certifying his compliance with this rule and attaching a copy of the return receipt within the time for filing a motion for rehearing. *See* Tex. R. App. P. 48.4.

Mr. Robert A. Caine
Law Offices of Robert A. Caine
510 S. Congress Ave., Suite 103
Austin, TX 78704
* DELIVERED VIA E-MAIL *

The Honorable Beverly Crumley
Hays County District Clerk
Hays County Government Center
712 South Stagecoach Trail, Suite 2211
San Marcos, TX 78666
* DELIVERED VIA E-MAIL *

The Honorable Lisa C. McMinn
State Prosecuting Attorney
P. O. Box 13046
Austin, TX 78711
* DELIVERED VIA E-MAIL *

The Honorable William R. Henry
Judge, 428th Judicial District Court
Hays County Government Center
712 South Stagecoach Trail, 3rd floor
San Marcos, TX 78666
* DELIVERED VIA E-MAIL *

The Honorable Billy Ray Stubblefield
Administrative Judge
Williamson County Courthouse
405 Martin Luther King, Box 2
Georgetown, TX 78626
* DELIVERED VIA E-MAIL *

Ms. Brenda Elaine King
1307 Uhland Road
San Marcos, TX 78666

Ms. Angie D. Roberts-Huckaby
Assistant Criminal District Attorney
Hays County Government Center
712 South Stagecoach Trail, Suite 2057
San Marcos, TX 78666
* DELIVERED VIA E-MAIL *

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 18, 2015

## NO. 03-14-00240-CR

**Brenda Elaine King, Appellant**

v.

**The State of Texas, Appellee**

### APPEAL FROM 22ND DISTRICT COURT OF HAYS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
### AFFIRMED -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the judgment of conviction signed by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment of conviction. Therefore, the Court affirms the district court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00240-CR

**Brenda Elaine King, Appellant**

v.

**The State of Texas, Appellee**

---

### FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT
### NO. CR-12-1083, HONORABLE WILLIAM R. HENRY, JUDGE PRESIDING

---

## MEMORANDUM OPINION

This is an appeal pursuant to *Anders v. California.*[1] Appellant Brenda Elaine King pleaded guilty to the offense of arson.[2] As part of her plea agreement, King signed a stipulation of evidence in which she admitted that she had intentionally set fire to an apartment building as alleged in the indictment. At the plea hearing, the district court found the evidence sufficient to support a finding of guilt, took the matter under advisement subject to a presentence investigation report, and reset the case for sentencing. At the conclusion of the sentencing hearing, during which no additional evidence was offered, the district court sentenced King to 10 years' imprisonment. This appeal followed.

King's court-appointed attorney has filed a motion to withdraw supported by a brief concluding that the appeal is frivolous and without merit. The brief meets the requirements of

---

[1] 386 U.S. 738 (1967).

[2] *See* Tex. Penal Code § 28.02(a).



# COURT OF APPEALS

## THIRD DISTRICT
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS



U.S. POSTAGE >> PITNEY BOWES

ZIP 78701  $ 000.41⁶
02 1W
0001401623 AUG 18 2015

ATW

**RETURN TO SENDER**

**NO LONGER IN OUR CUSTODY**

MS. BRENDA ELAINE KING
1307 UHLAND ROAD
SAN MARCOS TX 78666



RECEIVED
AUG 2 6 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE